UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-23527-CIV-MORENO

NANCI RIVERO,

    Petitioner,

vs.

WALTER A. McNEIL,

    Respondent.
_____/

**CLOSED CIVIL CASE**

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner Nanci Rivero's Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **December 23, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 16)** on **January 7, 2010**. The Court has reviewed the entire file and record. No objections to the Magistrate Judge's Report and Recommendation were filed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 16)** on **January 7, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    this petition for writ of habeas corpus is **DENIED**.

(2)     this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of January, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record